UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 MAY 23 AM 9: 54

'08 MJ 1620

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Jose GARCIA-Soto,

        Defendant

)
)
)
)
)
)
)
)
)
)

Magistrate Docket No.

COMPLAINT FOR VIOLATION OF:

Title 8, U.S.C., Section 1326
Deported Alien Found in the
United States

The undersigned complainant, being duly sworn, states:

On or about **May 22, 2008** within the Southern District of California, defendant, **Jose GARCIA-Soto,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **23rd DAY OF MAY 2008.**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jose GARCIA-Soto

## PROBABLE CAUSE STATEMENT

On May 22, 2008, Agents Cacho and Blas assigned to the Smuggling Interdiction Group/Criminal Alian Squad, conducted surveillance on an address on the 1200 block, 3rd Avenue, Chula Vista, California based on information received that the defendant **Jose GARCIA-Soto**, a previously deported criminal alien was back in the United States illegally and possibly living at the aforementioned address.

At approximately 8:25 A.M., Agents Blas and Cacho observed a male subject exit the residence and entered a vehicle. Agents Blas and Cacho approached the vehicle and identified themselves as Border Patrol Agents verbally and by clearly displaying their bureau issued badges. Agent Blas questioned the defendant as to his name. The defendant responded "Jose GARCIA." Agents questioned the defendant as to his identity and his immigration status. The defendant stated that he was in fact Jose GARCIA-Soto. Agents asked the defendant about his citizenship and nationality. The defendant stated that he was born in Tijuana, Baja California, Mexico. Agents questioned the defendant if he had any immigration documents that would allow him to enter or remain in the United States legally. The defendant stated that he did not. The defendant was arrested and transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **May 07, 2008** through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights, which he stated he understood and was willing to answer questions without having a lawyer present. The defendant admitted to being a citizen and national of Mexico without having the proper immigration documents allowing him to be or remain in the United States legally.